1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KEVIN J. BARRY (CABN 229748)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California  94102
        Telephone:     (415) 436-7200
7       Facsimile:     (415) 436-7234
        Email: kevin.barry@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                              UNITED STATES DISTRICT COURT
11
                             NORTHERN DISTRICT OF CALIFORNIA
12
                                      OAKLAND DIVISION
13

14
   UNITED STATES OF AMERICA,            )   CR No. 12-mj-71320 MAG
15                                      )
        Plaintiff,                      )
16                                      )   **STIPULATION AND [PROPOSED]**
        v.                              )   **ORDER CHANGING HEARING DATE**
17                                      )   **AND EXCLUDING TIME**
   REMON ROYAL,                         )
18                                      )
        Defendant.                      )
19  _____ )

20
        The Court has set January 3, 2012 as the date for a preliminary hearing or arraignment.
21
   The parties hereby stipulate to move the preliminary hearing or arraignment date to January 17,
22
   2013, and they request that the Court extend the time limits provided by Federal Rule of
23
   Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.  This extension of time is necessary for the
24
   parties to explore possible pre-indictment resolution, to produce and to receive discovery, and
25
   for effective preparation of counsel.
26
        Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of
27
   time, and the parties represent that good cause exists for this extension, including the effective
28

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-mj-71320 MAG

1  preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For the same reasons, the parties
2  also request that the Court exclude from the time limits of 18 U.S.C. § 3161 the period from the
3  date of this Order through January 17, 2013. The parties also agree that the ends of justice served
4  by granting such an exclusion of time outweigh the best interests of the public and the defendant
5  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

7      SO STIPULATED:
                                            MELINDA HAAG
8                                                United States Attorney

10  DATED: January 2, 2013                /s/
                                              KEVIN J. BARRY
                                              Assistant United States Attorney

13  DATED: January 2, 2013                /s/
                                              JOHN JORDAN
                                              Attorney for REMON ROYAL

20                                                [~~PROPOSED~~] ORDER

21      For the reasons stated above, the Court sets January 17, 2013, as the date for the
22  arraignment or preliminary hearing.  The Court finds that extension of time limits applicable
23  under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through January 17,
24  2013, is warranted; that exclusion of this period from the time limits applicable under 18 U.S.C.
25  § 3161is warranted; that the ends of justice served by the continuance outweigh the interests of
26  the public and the defendant in the prompt disposition of this criminal case; and that the failure
27  to grant the requested exclusion of time would deny counsel for the defendant and for the
28  government the reasonable time necessary for effective preparation and continuity of counsel,

1  taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
2  U.S.C. §3161(h)(7)(B)(iv).

        IT IS SO ORDERED.

DATED: 1/3/13

_____
THE HON. KANDIS A. WESTMORE
United States Magistrate Judge